1   PILLSBURY WINTHROP SHAW PITTMAN LLP
    SARAH G. FLANAGAN SBN 70845
2   sarah.flanagan@pillsburylaw.com
    STACIE O. KINSER  SBN 300529
3   stacie.kinser@pillsburylaw.com
    Four Embarcadero Center, 22nd Floor
4   San Francisco, CA 94111-5998
    Telephone:  (415) 983-1000
5   Facsimile:   (415) 983-1200

6   Attorneys for Defendant THE BOARD
    OF TRUSTEES OF THE LELAND
7   STANFORD JUNIOR UNIVERSITY

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12  JANE DOE,                          Civil Action No. 3:16-cv-06973-EJD

13          Plaintiff,
                                       **DEFENDANT'S STATEMENT OF**
14      v.                             **NON-OPPOSITION**

15                                     Date:    March 16, 2017
    STANFORD UNIVERSITY,               Time:    9:00 a.m.
16                                     Dept:    Courtroom 4, 5th Floor
            Defendant.                 Judge:   Hon. Edward J. Davila
17

18

19

20

21      Defendant THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR

22  UNIVERSITY ("Stanford") hereby submits its Statement of Non-Opposition to the Motion for

23  Leave To Proceed Using Pseudonym filed by Plaintiff Jane Doe ("Plaintiff") on December 15,

24  2016 (the "Motion").

25      The true identity of Plaintiff is known to Stanford.  In footnote 2 of the Motion Plaintiff

26  states that her private educational records are subject to the provisions of the Family Educational

27  Rights and Privacy Act ("FERPA"), 20 U.S.C. § 1232g, 34 C.F.R. § 99.3.  However, because

28  Plaintiff has initiated litigation against Stanford and included allegations in her Complaint

                                         1
    ————————————————————————————————————————————————
                  DEFENDANT'S STATEMENT OF NON-OPPOSITION
                                                        4837-8490-9631.v1

regarding her own educational records, Stanford is permitted to disclose Plaintiff's records relevant to Stanford's defense of this matter.  34 C.F.R. § 99.31(a)(9)(iii).

Stanford does not agree with Plaintiff's allegations in support of her claims, repeated in the Motion (and Stanford's position on them is set forth in its Answer to the Complaint). Regardless of its disagreement with Plaintiff's allegations, however, Stanford respects the privacy interests of its students and does not wish to subject them to unnecessary public disclosures with respect to this lawsuit.  For that reason, Stanford agreed not to oppose Plaintiff's request to proceed in the lawsuit using a pseudonym on the conditions that Plaintiff will not make any public statements under either her real name or pseudonym during the pendency of the matter and that all Stanford students or former students will be similarly identified by pseudonym in any public filings.  Plaintiff, through her counsel, agreed to those conditions, and that agreement is confirmed in footnote 1 of the Motion.  Declaration of Sarah G. Flanagan in Support of Defendant's Statement of Non-Opposition, ¶ 3.

Dated:  December 29, 2016

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: */s/ Sarah G. Flanagan*
        Sarah G. Flanagan

Attorneys for Defendant THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY

2
DEFENDANT'S STATEMENT OF NON-OPPOSITION

4837-8490-9631.v1