# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** March 16, 2017　　**Time:** 9:38-9:49　　**Judge:** EDWARD M. CHEN

**Case No.:** 16-cv-06973-EMC　　**Case Name:** Jane Doe v. Stanford University

**Attorney for Plaintiff:**　　John Clune and Rebecca Peterson-Fisher
**Attorney for Defendant:**　　Sarah Flanagan and Stacie Kinser

**Deputy Clerk:** Betty Lee　　**Court Reporter:** N/A

## PROCEEDINGS

- CMC

## SUMMARY

The Court approved parties' motion to amend the case caption. Although parties agree to waive any potential conflict before this Court because Magistrate Judge Kim may provide testimony as a witness, the Court will consider whether this Court may keep this case. The Court will notify the parties.

Further CMC is scheduled for 4/6/17 at 9:30 a.m. An updated joint CMC statement shall be filed by 3/30/17.