UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>    v.<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>        Defendant. | Case No. 16-cv-06973-EMC<br><br>**ORDER RE-REFERRING THIS CASE TO ANOTHER MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE** |

**IT IS HEREBY ORDERED** that this case is re-referring to another Magistrate Judge for settlement conference. Settlement conference is to be completed within 60 days. The 8/16/17 settlement conference before Magistrate Judge Laurel Beeler is vacated.

Dated: June 22, 2017

_____
EDWARD M. CHEN
United States District Judge