JOHN C. CLUNE (admitted *pro hac vice*)
clune@hbcboulder.com
KIMBERLY M. HULT (admitted *pro hac vice*)
hult@hbcboulder.com
CHRISTOPHER W. FORD (admitted *pro hac vice*)
ford@hbcboulder.com
HUTCHINSON BLACK AND COOK, LLC
921 Walnut Street, Suite 200
Boulder, CO 80302
Telephone: (303) 442-6514
Facsimile: (303) 442-6593

Attorneys for PLAINTIFF

PILLSBURY WINTHROP SHAW PITTMAN LLP
SARAH G. FLANAGAN SBN 70845
sarah.flanagan@pillsburylaw.com
STACIE O. KINSER SBN 300529
stacie.kinser@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Attorneys for Defendant THE BOARD
OF TRUSTEES OF THE LELAND
STANFORD JUNIOR UNIVERSITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>STANFORD UNIVERSITY,<br><br>Defendant. | Civil Action No.:3:16-cv-06973-EMC<br><br>STIPULATION TO DISMISS ACTION WITH PREJUDICE |

STIPULATION TO DISMISS ACTION WITH PREJUDICE

3:16-cv-06973-EMC

4841-9617-2631.v1

TO THE HONORABLE EDWARD M. CHEN AND THE CLERK OF COURT, PLEASE TAKE NOTICE THAT the parties to the above-referenced action hereby stipulate and agree as follows:

Plaintiff and Defendant hereby stipulate and agree that Plaintiff Jane Doe's claims in the above-captioned lawsuit shall be and hereby are dismissed with prejudice and that the above-captioned action be terminated in its entirety pursuant to Federal Rule of Civil Procedure 41(a), with each side to bear her/its own costs, expenses, and attorneys' fees.

DATED: December 1, 2017

Respectfully submitted,

**HUTCHINSON BLACK AND COOK, LLC**

By: _____*s/ John C. Clune*_____
JOHN C. CLUNE (admitted pro hac vice)
KIMBERLY M. HULT (admitted pro hac vice)
CHRISTOPHER W. FORD (admitted pro hac vice)
**HUTCHINSON BLACK AND COOK, LLC**
921 Walnut Street, Suite 200
Boulder, CO 80302
Telephone:   (303) 442-6514
Facsimile:   (303) 442-6593
Emails:   clune@hbcboulder.com,
hult@hbcboulder.com, ford@hbcboulder.com

JENNIFER L. LIU – 279370
REBECCA PETERSON-FISHER – 255359
**THE LIU LAW FIRM, P.C**
1390 Market Street, Suite 200
San Francisco, CA 94102
Telephone:   (415) 896-4260
Facsimile:   (415) 231-0011
Emails:   jliu@liulawpc.com,
rpetersonfisher@liulawpc.com

JENNIFER A. REISCH – 223671
**EQUAL RIGHTS ADVOCATES**
1170 Market Street, Suite 700
San Francisco, CA 94102
Telephone:   (415) 621-0672
Facsimile:   (415) 631-6744
Email: jreisch@equalrights.org

DATED: December 1, 2017

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998

By: _____*s/ Sarah G. Flanagan*_____
Sarah G. Flanagan
**Attorneys for Defendant**