UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>STANFORD UNIVERSITY,<br><br>Defendant. | Civil Action No.: 3:16-cv-06973-EMC<br><br>[~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE |

This matter comes before the Court on the parties' Stipulation To Dismiss Action With Prejudice. Finding good cause therefor, IT IS ORDERED that this action is dismissed with prejudice, each party to bear her/its own costs, expenses and attorneys' fees.

Dated: 12/4/2017



_____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE